# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CHRISTINE EDITH SARGENT,

  Plaintiff,

                                                   CASE NO.: 1:24-cv-05889-SEG-JCF

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, COMENITY
CAPITAL BANK, JPMORGAN
CHASE BANK, N.A., and CREDENCE
RESOURCE MANAGEMENT LLC,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    COME NOW Plaintiff Christine Edith Sargent ("Plaintiff") and Defendants Comenity Capital Bank ("Comenity"), and Credence Resource Management LLC ("Credence") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss without prejudice of each claim and count asserted by Plaintiff against

Credence in the above styled action, with Plaintiff, and Credence to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 16th day of May, 2025.

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/ Rachel R. Friedman** |
| Octavio "Tav" Gomez | Rachel R. Friedman |
| Florida Bar #:0338620 | Georgia Bar No. 456493 |
| Georgia Bar #: 617963 | rfriedman@burr.com |
| Pennsylvania #: 325066 | BURR & FORMAN LLP |
| The Consumer Lawyers PLLC | 1075 Peachtree Street NE |
| 501 E. Kennedy Blvd., Ste 610 | Suite 3000 |
| Tampa, FL 33602 | Atlanta, GA 30309 |
| Cell: (813)299-8537 | Telephone: (404) 815-3000 |
| Facsimile: (844)951-3933 | Facsimile: (404) 817-3244 |
| Primary Email: | |
| Tav@theconsumerlawyers.com | Attorney for Defendant Comenity |
| Secondary Email: | Capital Bank |
| Lisa@theconsumerlawyers.com | |
| Attorney for Plaintiff | |

**/s/ Kirsten H. Smith**
Kirsten H. Smith
Georgia Bar No.: 702220
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Tel: (504) 846-7943
KSmith@Sessions.Legal

*Attorney for Defendant, Credence Resource Management, LLC*